

# THE ATTORNEY GENERAL
# OF TEXAS

OPINION #  O-6072                    WAS NEVER ISSUED OR

WAS WITHDRAWN.